# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| DAVIS TATE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV411-158 |
| | ) |
| LT. EDWARDS, GREGORY CURRY, | ) |
| OFFICER BRANNEN, OFFICER | ) |
| CHARLENE CURRY, OFFICER | ) |
| LATOGA JOHNSON, MR. JORDAN, | ) |
| REGISTER MELLISSA, WARDEN | ) |
| VICTOR WALKER, CARL HUMPHREY, | ) |
| and WARDEN VICTOR WALKER, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Civil rights plaintiff Davis Tate, Jr. has submitted for filing a 42 U.S.C. § 1983 complaint concerning allegations of misconduct by government officials in Hardwick, Georgia, which is within the jurisdiction of the United States District Court for the Middle District of Georgia. (Doc. 1.) Since his claims have no connection to this District whatsoever, Tate's case must be transferred there. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (permitting district courts to dismiss or transfer cases suffering from venue defects); 28 U.S.C. § 90(b)(2)

(Baldwin County, in which the city of Hardwick lies, is within the Middle District's Macon Division). Accordingly, the Clerk is **DIRECTED** to transfer this case to the United States District Court for the Middle District of Georgia for all further proceedings.

**SO ORDERED** this  23rd  day of June, 2011.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA